1    O

2

3

4

5

6

7

8                  **UNITED STATES DISTRICT COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10

11   Welcome Company, LTD., a      )   CV 10-4674 RSWL (JEMx)
     Taiwanese company,            )
12                                 )
                    Plaintiff,     )   **ORDER re: Plaintiff**
13                                 )   **Welcome Company, Ltd.'s**
          v.                       )   **Request for Entry of**
14                                 )   **Default [40]**
                                   )
15   Ronghui Feng, Pam S.          )
     Chervitz, Chimin Hsiao,       )
16   Innovative Bargains LLC,      )
     Jean Groninga, Adam           )
17   Silvers, Eric J. Gaudet,      )
     Chiu Y. Lau, Lily Xu,         )
18   Classyjacs & E&J Crafts,      )
     Warehouse4less, Jed Mart      )
19   and DOES 1 through 10,        )
     inclusive,                    )
20                                 )
                                   )
21                  Defendants.    )
                                   )
22   _____)

23       On December 01, 2010, Plaintiff Welcome Company, LTD.

24   filed a Request for Entry of Default against Defendant

25   Chiu Y. Lau [40].  On December 02, 2010, the Clerk of the

26   Court could not enter the requested relief and issued a

27   Notice of Deficiency [41] regarding Plaintiff's Request

28   for Entry of Default on the grounds that Defendant Chiu Y.

                                  1

1  Lau had filed a Notice of Bankruptcy on August 24, 2010
2  [28].   Consequently, Plaintiff's Request for Entry of
3  Default was forwarded and assigned to this Court for
4  consideration.  On December 02, 2010, Plaintiff's Counsel,
5  Amy Lerner Hill, filed with this Court a Discharge of
6  Debtor Notice, which states that as of October 08, 2010,
7  Defendant   Lau   was   discharged   from   bankruptcy.
8  Accordingly,  the  Court  can  now  properly  consider
9  Plaintiff's Request for Entry of Default against Defendant
10 Chiu Y. Lau.

11      On December 03, 2010, Plaintiff's Counsel submitted
12 to the Court additional information with regard to the
13 service of the Summons and Complaint on Defendant Lau.
14 Pursuant to Federal Rule of Civil Procedure §55(a),
15 failure of a party against whom judgment for relief is
16 sought to respond can be shown by affidavit.   Here,
17 Plaintiff submitted the Declaration of Amy Lerner Hill. In
18 her declaration, Amy Lerner Hill declares that Defendant
19 Lau's office manager at Defendant's place of business
20 accepted Service of Process and that a copy of the Summons
21 and Complaint was mailed to Defendant Lau by First Class
22 Mail.

23      Pursuant to California Code of Procedure §415.20(a),
24 a corporation may be served by leaving a copy of the
25 summons and complaint with a person who is "apparently in
26 charge" of the office, such as a receptionist or manager,
27 and by thereafter mailing a copy of the summons and
28 complaint to Defendant.  Since both requirements are met

1  here, as declared by Amy Lerner Hill, the Court will
2  accept Plaintiff's Proof of Service as valid.

3      The Court finds from the records submitted that
4  summons has been served upon Defendant Lau, and it further
5  appearing from the affidavit of counsel for Plaintiff
6  Welcome Company, LTD., and other evidence, that Defendant
7  Lau has failed to plead or otherwise defend in this action
8  as directed in the Summons and as provided in Rule 55 of
9  the Federal Rules of Civil Procedure.    Accordingly,
10 Plaintiff's Request for Entry of Default as to Defendant
11 Chiu Y. Lau is **GRANTED.**

12

13 DATED: December 08, 2010
14 **IT IS SO ORDERED.**

15

16                          RONALD S.W. LEW
                     _____
17                       **HONORABLE RONALD S.W. LEW**
18                       Senior, U.S. District Court Judge

19

20

21

22

23

24

25

26

27

28