O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Welcome Company, Ltd., a Taiwanese Company,<br><br>    Plaintiff,<br><br>    v.<br><br>Ronghui Feng, Pam S. Chervitz, Chimin Hsiao, Innovative Bargains LLC, Jean Groninga, Adam Silvers, Eric J. Gaudet, Chiu Y. Lau, Lily Xu, Classyjacs & E & J Crafts, Warehouse4Less, Jed Mar, and Does 1 through 10, inclusive.<br><br>    Defendants. | CV 10-4674 RSWL (JEMx)<br><br>**ORDER Re: Plaintiff Welcome Company, Ltd.'s Application for Default Judgment By Court Against Defendants Chimin Hsiao, Innovative Bargains LLC, Jean Groninga, and Classyjacs & E & J Crafts [34], and Against Defendant Chiu Y. Lau [51]** |

    Plaintiff Welcome Company, Ltd.'s Applications for Default Judgment By Court Against Defendants Chimin Hsiao, Innovative Bargains LLC, Jean Groninga, Classyjacs & E & J Crafts, and Chiu Y. Lau were set for hearing on January 25, 2011 [34][51]. Having taken these matters under submission on January 21, 2011, and

1

having reviewed all papers submitted pertaining to these motions, the Court **NOW FINDS AND RULES AS FOLLOWS:**

Plaintiff's Applications for Default Judgment By Court Against Defendants Chimin Hsiao, Innovative Bargains LLC, Jean Groninga, Classyjacs & E & J Crafts, and Chiu Y. Lau are **GRANTED.**

The Court finds that Defendants Hsiao, Innovative Bargains LLC, Groninga, Classyjacs & E & J Crafts, and Lau have not appeared in this action and have not responded to Plaintiff's Complaint within the time permitted by law. On August 25, 2010, the Court Clerk approved Plaintiff's request for entry of default and entered default against Defendants Hsiao, Innovative Bargains LLC, Groninga, and Classyjacs & E & J Crafts [30]. On December 8, 2010, the Court Clerk approved Plaintiff's request for entry of default and entered default against Defendant Lau [48]. With regard to entry of default judgment pursuant to Local Rule 55, Plaintiff has met all procedural requirements.

Furthermore, based on a balancing of the Eitel v. McCool factors, Plaintiff has met the substantive requirements. 782 F.2d 1470, 1471-72 (9th Cir. 1986). Thus, because Plaintiff has met all procedural and substantive requirements, Plaintiff's Applications for Default Judgment By Court are **GRANTED.**

As to the permanent injunction, the Court finds that Plaintiff has met all of the substantive factors

1 articulated by the United States Supreme Court in <u>eBay</u>
2 <u>v. MercExchange Inc</u>. 547 U.S. 388, 390 (2006).
3 Accordingly, this Court hereby enters a permanent
4 injunction against Defendants Hsiao, Innovative
5 Bargains LLC, Groninga, Classyjacs & E & J Crafts, and
6 Lau permanently enjoining them from making, selling, or
7 offering to sell products infringing on U.S. Patent
8 Nos. D401,950; 6,064,038; 6,232,579; 6,326,594;
9 6,627,853; 6,936,790; and 7,315,010.

10     As to the Plaintiff's requested attorneys' fees and
11 costs, the Court finds that Plaintiff has demonstrated
12 this to be an "exceptional" case under 35 U.S.C. § 285
13 and has satisfied Local Rule 55-3 and the Lodestar
14 method in demonstrating that the requested fees and
15 costs are reasonable.  Therefore, this Court **GRANTS**
16 Plaintiff's requested attorneys' fees and costs in the
17 amount of $9,537.00 where all Defendants are held
18 jointly and severally liable for $5,945.50, and
19 Defendant Chiu Y. Lau is held solely liable for the
20 remaining $3,591.50.

22 DATED: February 23, 2011
23 **IT IS SO ORDERED.**

*RONALD S.W. LEW*

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge