JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Welcome Company, Ltd., a Taiwanese Company,<br><br>    Plaintiff,<br><br>    v.<br><br>Ronghui Feng, Pam S. Chervitz, Chimin Hsiao, Innovative Bargains LLC, Jean Groninga, Adam Silvers, Eric J. Gaudet, Chiu Y. Lau, Lily Xu, Classyjacs & E & J Crafts, Warehouse4Less, Jed Mar, and Does 1 through 10, inclusive.<br><br>    Defendants. | CV 10-4674 RSWL (JEMx)<br><br>**DEFAULT JUDGMENT AGAINST DEFENDANTS CHIMIN HSIAO, INNOVATIVE BARGAINS LLC, JEAN GRONINGA, CLASSYJACS & E & J CRAFTS, AND CHIU Y. LAU** |

    Pursuant to Rule 55(B)(2) of the Federal Rules of Civil Procedure, Plaintiff Welcome Company, Ltd.'s Applications for Default Judgment By Court Against Defendants Chimin Hsiao, Innovative Bargains LLC, Jean Groninga, Classyjacs & E & J Crafts, and Chiu Y. Lau were set for hearing on January 25, 2011 [34][51].

1

Having taken these matters under submission on January 21, 2011, and having reviewed all papers submitted pertaining to these Applications, the Court enters the following Final Judgment:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered in favor of Plaintiff Welcome Company, Ltd.

On December 1, 1998, United States Patent No. D401,950 entitled "Handy Electric Heat Sealing Apparatus" (the "'950 patent") was duly and legally issued to Plaintiff as assignee of inventor Ammy Chou. Plaintiff is the exclusive owner of the entire right, title and interest in and to the '950 patent, including all rights to enforce the '950 patent and to recover for infringement.

On May 16, 2000, United States Patent No. 6,064,038 entitled "Hand-Held Electric Sealer with Detachable Heat Resistant Cover Sheet" (the "'038 patent") was duly and legally issued to Plaintiff as assignee of inventors Ammy Chou, Richard Chang, and Mario B. Accumanno. Plaintiff is the exclusive owner of the entire right, title and interest in and to the '038 patent, including all rights to enforce the '038 patent and to recover for infringement.

On May 15, 2001, United States Patent No. 6,232,579 entitled "Electric Heat Sealer with Safety Device" (the "'579 patent") was duly and legally issued to Plaintiff as assignee of inventors Shu Hui Chou and Richard

1 Chang. Plaintiff is the exclusive owner of the entire
2 right, title and interest in and to the '579 patent,
3 including all rights to enforce the '579 patent and to
4 recover for infringement.

5     On December 4, 2001, United States Patent No.
6 6,326,594 entitled "Hand-Held Electric Sealer with
7 Safety Means" (the "'594 patent") was duly and legally
8 issued to Plaintiff as assignee of inventors Richard
9 Chang and Ammy Chou. Plaintiff is the exclusive owner
10 of the entire right, title and interest in and to the
11 '594 patent, including all rights to enforce the '594
12 patent and to recover for infringement.

13     On September 30, 2003, United States Patent No.
14 6,627,853 entitled "Electric Heat Sealer With Safety
15 Device" (the "'853 patent") was duly and legally issued
16 to Plaintiff as assignee of inventors Shu Hui Chou and
17 Richard Chang. Plaintiff is the exclusive owner of the
18 entire right, title and interest in and to the '853
19 patent, including all rights to enforce the '853 patent
20 and to recover for infringement.

21     On August 30, 2005, United States Patent No.
22 6,936,790 entitled "Electric Heat Sealer with Safety
23 Device" (the "'790 patent") was duly and legally issued
24 to Plaintiff as assignee of inventors Shu Hui Chou and
25 Richard Chang. Plaintiff is the exclusive owner of the
26 entire right, title and interest in and to the '790
27 patent, including all rights to enforce the '790 patent
28 and to recover for infringement.

1   On January 1, 2008, United States Patent No.
2  7,315,010 entitled "Electric Heat Sealer with Safety
3  Device" (the "010 patent") was duly and legally issued
4  to Plaintiff as assignee of inventors Shu Hui Chou and
5  Richard Chang.  Plaintiff is the exclusive owner of the
6  entire right, title and interest in and to the '010
7  patent, including all rights to enforce the '010 patent
8  and to recover for infringement.
9   The '950, '038, '579, '594, '853, '790 and '010
10 patents shall collectively be referred to herein as the
11 "Welcome Patents."  Defendants have been and are now
12 infringing one or more of the Welcome Patents, in this
13 judicial district and elsewhere, by manufacturing,
14 importing, selling, offering for sale and/or using
15 products which incorporate the inventions claimed in
16 one or more of the Welcome Patents.
17   Defendant Chimin Hsiao has been and is now
18 infringing one or more of the Welcome Patents, in this
19 judicial district and elsewhere, by manufacturing,
20 importing, selling, offering for sale and/or using
21 products, including, without limitation, the Mini Handy
22 Plastic Bag Sealer - Very Little Handy Item sold under
23 eBay auction nos. 110487073052, 120516835392 and
24 120527779640, which upon information and belief
25 incorporates the inventions claimed in one or more of
26 the Welcome Patents.  The Mini Handy Plastic Bag Sealer
27 - Very Little Handy Item was not manufactured or
28 authorized by Plaintiff.

4

Defendant Innovative Bargains LLC has been and is now infringing one or more of the Welcome Patents, in this judicial district and elsewhere, by manufacturing, importing, selling, offering for sale and/or using products, including, without limitation, the Brand New! EasySeal Heat Easy-to-Use Bag Sealer sold under eBay auction no. 260516358170, which upon information and belief incorporates the inventions claimed in one or more of the Welcome Patents. The Brand New! EasySeal Heat Easy-to-Use Bag Sealer was not manufactured or authorized by Plaintiff.

Defendant Jean Groninga has been and is now infringing one or more of the Welcome Patents, in this judicial district and elsewhere, by manufacturing, importing, selling, offering for sale and/or using products, including, without limitation, the Set of 2 Bag Sealers sold under eBay auction no. 120520685319, which upon information and belief incorporates the inventions claimed in one or more of the Welcome Patents. The Set of 2 Bag Sealers was not manufactured or authorized by Plaintiff.

Defendant ClassyJacs & E & J Crafts has been and is now infringing one or more of the Welcome Patents, in this judicial district and elsewhere, by manufacturing, importing, selling, offering for sale and/or using products, including, without limitation, the "ABC Products" Portable Battery Bag Sealer sold on Amazon.com under ASIN No. B002SG21IS, which upon

information and belief incorporates the inventions claimed in one or more of the Welcome Patents. The "ABC Products" Portable Battery Bag Sealer was not manufactured or authorized by Plaintiff.

Defendant Chiu Y. Lau ("Lau") has been and is now infringing one or more of the Welcome Patents, in this judicial district and elsewhere, by manufacturing, importing, selling, offering for sale and/or using products which incorporate the inventions claimed in one or more of the Welcome Patents.

Defendants, and all of their respective officers, directors, stockholders, owners, agents, representatives, servants and employees, and all those acting in concert or privity therewith who receive actual notice of this Default Judgment by personal service or otherwise, are hereby permanently enjoined and restrained from directly or indirectly:

1. infringing one or more of the Welcome Patents, including, without limitation, manufacturing, importing, selling, offering for sale and/or using any products that incorporate the inventions claimed in one or more of the Welcome Patents. Without limitation, this restriction applies to the following products: the Mini Handy Plastic Bag Sealer - Very Little Handy Item sold under eBay auction nos. 110487073052, 120516835392 and 120527779640; the Brand New! EasySeal Heat Easy-to-Use Bag

|   |   |
|---|---|
| 1 | Sealer sold under eBay auction no. |
| 2 | 260516358170; the Set of 2 Bag Sealers sold |
| 3 | under eBay auction no. 120520685319; and "ABC |
| 4 | Products" Portable Battery Bag Sealer sold on |
| 5 | Amazon.com under ASIN No. B002SG21IS; and the |
| 6 | Mini Portable & Handy Plastic Bag Sealer Manual |
| 7 | Closer sold under eBay auction nos. |
| 8 | 290203174834, 290206425533, 290211857939, |
| 9 | 290222161480, 29022408879, 290224106511, |
| 10 | 290226252935, 290226849595, 290230013133, |
| 11 | 290235856530, 290235880364, 290238048670, |
| 12 | 290239691794, 290240479221, 290241769433, |
| 13 | 290241811810, 290243729153, 290245494970, |
| 14 | 290247842588, 290250440991, 290250659501, |
| 15 | 290251394096, 290256946000, 290258849398, |
| 16 | 290262651838, 290263664213, 290264719291, |
| 17 | 290266200244, 290267627220, 290269821171, |
| 18 | 290274441772, 290274838433, 290276064413, |
| 19 | 290278704199, 290278751852, 290279158781, |
| 20 | 290279272474, 290282506770, 290282507762, |
| 21 | 290282577276, 290284888646, 290285596571, |
| 22 | 290285738964, 290286827265, 290287656429, |
| 23 | 290289438362, 290290611811, 290290834199, |
| 24 | 290295804071, 290297141074, 290298905463, |
| 25 | 290299406740, 290302508645, 290309848810, |
| 26 | 290312489642, 290314121881, 290315073888, |
| 27 | 290319079303, 290320615303, 290321229256, |
| 28 | 290338097013, 290365383507, 290371458884, |

| | |
|---|---|
| 1 | 290379479554, 290386188737, 290388497378, |
| 2 | 290394334909, 290396785596, 290409177365, |
| 3 | 290411816855, 290414646277, 300133097707, |
| 4 | 300133098890, 300135980757, 300138590544, |
| 5 | 300140893649, 300141190347, 300155962678, |
| 6 | 300155962681, 300158369134, 300160673988, |
| 7 | 300161443224, 300163764081, 300166149580, |
| 8 | 300168579050, 300171072054, 300173626666, |
| 9 | 300174788313, 300178439147, 300180698033, |
| 10 | 300183003172, 300184619897, 300192222088, |
| 11 | 300194149124, 300196961188, 300206106005, |
| 12 | 300209989787, 300218819536, 300226938498, |
| 13 | 300228661921, 300229404358, 300229792906, |
| 14 | 300231339770, 300236542777, 300237392079, |
| 15 | 300238701021, 300242711501, 300247770670, |
| 16 | 300247774862, 300248263838, 300254186745, |
| 17 | 300259103716, 300260362051, 300263119636, |
| 18 | 300266997857, 300267140499, 300273589307, |
| 19 | 300275093628, 300275096888, 300280168025, |
| 20 | 300280725847, 300281843331, 300283858484, |
| 21 | 300283951470, 300285289262, 300287579181, |
| 22 | 300289669270, 300289711088, 300290298486, |
| 23 | 300293269570, 300296169268, 300298801940, |
| 24 | 300314269101, 300314533523, 300317566365, |
| 25 | 300326856010, 300333081584, 300336990936, |
| 26 | 300339032236, 300342980752, 300347224900, |
| 27 | 300351470411, 300354532929, 300356924679, |
| 28 | 300361196851, 300364839304, 300367173545, |

|   |     |                                                                 |
|---|-----|-----------------------------------------------------------------|
| 1 |     | 300370746325, 300385792448, 300388085583,                       |
| 2 |     | 300392768388, 3003395132670 and 300395678322;                   |
| 3 |     | and                                                             |
| 4 | 2.  | inducing others to infringe one or more of the                  |
| 5 |     | Welcome Patents, including, without limitation,                 |
| 6 |     | manufacturing, importing, selling, offering for                 |
| 7 |     | sale and/or using any products that incorporate                 |
| 8 |     | the inventions claimed in one or more of the                    |
| 9 |     | Welcome Patents.  Without limitation, this                      |
| 10|     | restriction applies to the following products:                  |
| 11|     | the Mini Handy Plastic Bag Sealer - Very Little                 |
| 12|     | Handy Item sold under eBay auction nos.                         |
| 13|     | 110487073052, 120516835392 and 120527779640;                    |
| 14|     | the Brand New! EasySeal Heat Easy-to-Use Bag                    |
| 15|     | Sealer sold under eBay auction no.                              |
| 16|     | 260516358170; the Set of 2 Bag Sealers sold                     |
| 17|     | under eBay auction no. 120520685319; and "ABC                   |
| 18|     | Products" Portable Battery Bag Sealer sold on                   |
| 19|     | Amazon.com under ASIN No. B002SG21IS; and the                   |
| 20|     | Mini Portable & Handy Plastic Bag Sealer Manual                 |
| 21|     | Closer sold under eBay auction nos.                             |
| 22|     | 290203174834, 290206425533, 290211857939,                       |
| 23|     | 290222161480, 29022408879, 290224106511,                        |
| 24|     | 290226252935, 290226849595, 290230013133,                       |
| 25|     | 290235856530, 290235880364, 290238048670,                       |
| 26|     | 290239691794, 290240479221, 290241769433,                       |
| 27|     | 290241811810, 290243729153, 290245494970,                       |
| 28|     | 290247842588, 290250440991, 290250659501,                       |

```
1           290251394096, 290256946000, 290258849398,
2           290262651838, 290263664213, 290264719291,
3           290266200244, 290267627220, 290269821171,
4           290274441772, 290274838433, 290276064413,
5           290278704199, 290278751852, 290279158781,
6           290279272474, 290282506770, 290282507762,
7           290282577276, 290284888646, 290285596571,
8           290285738964, 290286827265, 290287656429,
9           290289438362, 290290611811, 290290834199,
10          290295804071, 290297141074, 290298905463,
11          290299406740, 290302508645, 290309848810,
12          290312489642, 290314121881, 290315073888,
13          290319079303, 290320615303, 290321229256,
14          290338097013, 290365383507, 290371458884,
15          290379479554, 290386188737, 290388497378,
16          290394334909, 290396785596, 290409177365,
17          290411816855, 290414646277, 300133097707,
18          300133098890, 300135980757, 300138590544,
19          300140893649, 300141190347, 300155962678,
20          300155962681, 300158369134, 300160673988,
21          300161443224, 300163764081, 300166149580,
22          300168579050, 300171072054, 300173626666,
23          300174788313, 300178439147, 300180698033,
24          300183003172, 300184619897, 300192222088,
25          300194149124, 300196961188, 300206106005,
26          300209989787, 300218819536, 300226938498,
27          300228661921, 300229404358, 300229792906,
28          300231339770, 300236542777, 300237392079,
```

      300238701021, 300242711501, 300247770670,
300247774862, 300248263838, 300254186745,
300259103716, 300260362051, 300263119636,
300266997857, 300267140499, 300273589307,
300275093628, 300275096888, 300280168025,
300280725847, 300281843331, 300283858484,
300283951470, 300285289262, 300287579181,
300289669270, 300289711088, 300290298486,
300293269570, 300296169268, 300298801940,
300314269101, 300314533523, 300317566365,
300326856010, 300333081584, 300336990936,
300339032236, 300342980752, 300347224900,
300351470411, 300354532929, 300356924679,
300361196851, 300364839304, 300367173545,
300370746325, 300385792448, 300388085583,
300392768388, 3003395132670 and 300395678322.

    Defendants' infringement of the Welcome Patents was willful and with intentional disregard of Plaintiff's rights, thereby making this an exceptional case under 35 U.S.C. § 285. Accordingly, the Court orders payment of attorneys' fees and costs for the Plaintiff. The Court finds Defendants Chimin Hsiao, Innovative Bargains LLC, Jean Groninga, Classyjacs & E & J Crafts, and Chiu Y. Lau jointly and severally liable for $5,945.50 and finds Defendant Chiu Y. Lau solely liable for $3,591.50, a total of $9,537.00.

    Defendants shall take all reasonable steps to ensure that its agents, servants, officers, directors,

employees, successors and attorneys do not violate the terms of this Default Judgment.  Defendants shall not assist any entity, directly or indirectly, in violating the terms of this Default Judgment or forming any new entities which violate the terms of this Default Judgment.

This Court shall retain jurisdiction over the parties hereto for the purposes of any proceeding to enforce this Default Judgment.  In the event Defendants, or any of their respective agents, servants, officers, directors, employees, successors, or attorneys, and those persons in active concert or participation with them who receive actual notice of this Default Judgment by personal service or otherwise, violate any of the terms of this Default Judgment, Plaintiff shall be entitled to immediately seek, with or without notice to any of the Defendants an order to show cause as to why an injunction should not issue to prohibit such violation.  In the event the Court finds that any violation by Defendants of the terms of this Default Judgment have taken place, Plaintiff shall be entitled to its actual attorneys' fees and costs incurred.

Notwithstanding any contrary provisions of the Federal Rules of Civil Procedure, and notwithstanding the absence of any findings of fact and/or conclusions of law by this Court, any requirements that have been expressly waived by Defendants' default, this Default

1 Judgment is a final judgment in this action and
2 suitable for entry by the Clerk pursuant to Fed. R.
3 Civ. Proc. 58 and 79(a).
4
5 DATED: February 23, 2011
6 **IT IS SO ORDERED.**

RONALD S.W. LEW
_____

8 **HONORABLE RONALD S.W. LEW**
9 Senior, U.S. District Court Judge